AO 245I (Rev. 11/16)  Judgment in a Criminal Case for a Petty Offense
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) |
| CHARLES P. PRIDE | Case No. 1:21mj42-001 JCG |
| | Loc Code SM20 |
| | John William Weber III |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded  ☐ guilty  ☐ nolo contendere to count(s) _____

☒ **THE DEFENDANT** was found guilty on count(s) FAZQ00LK, FAZQ00LJ, FAZQ00LI, FAZQ00LH

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36CFR261.10(b) | USING NATIONAL FOREST LANDS FOR RESIDENTIAL PURPOSES | 12/11/2019 | FAZQ00LK |
| 36CFR261.15(h) | RESOURCE DAMAGE CAUSED BY VEHICLE | 12/11/2019 | FAZQ00LJ |
| 36CFR261.10(k) | STAYING ON NATIONAL FOREST LANDS BEYOND STAY LIMIT | 12/11/2019 | FAZQ00LI |
| 36CFR261.13 | DRIVING A CAMPER OFF ROAD | 12/11/2019 | FAZQ00LH |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1870

Defendant's Year of Birth: 1955

City and State of Defendant's Residence:
Eagle River, WI

8/18/2021
Date of Imposition of Judgment

/s/ Signature of Judge

The Honorable Robert P. Myers, Jr    U.S. Magistrate Judge
Name and Title of Judge

8-19-2021
Date

FILED Aug 19 2021 ARTHUR JOHNSTON, CLERK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI

AO 245I (Rev. 11/16)    Judgment in a Criminal Case for a Petty Offense
                        Sheet 2 — Imprisonment

Judgment — Page __2__ of __3__

DEFENDANT: CHARLES P. PRIDE
CASE NUMBER: 1:21mj42-001 JCG

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Time Served**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245I (Rev. 11/16)  Judgment in a Criminal Case for a Petty Offense
Sheet 3 — Criminal Monetary Penalties

| | | Judgment — Page 3 of 3 |
|---|---|---|
| DEFENDANT: | CHARLES P. PRIDE | |
| CASE NUMBER: | 1:21mj42-001 JCG | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Total Loss\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| TOTALS | $ 0.00 | $ 0.00 | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for    ☐ fine    ☐ restitution.

  ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

---

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.